UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   -v.-                           :    **INFORMATION**

MARK GORDON,                      :    12 Cr. ___

      Defendant.                  :

- - - - - - - - - - - - - - - - - - x   12 CRIM 644

### COUNT ONE

The United States Attorney charges:

1. In or about July 2011, in the Southern District of New York, the defendant, MARK GORDON, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully did transport into or receive in the State where he then resided, firearms purchased or otherwise obtained by the defendant outside that State, to wit, GORDON, a New York resident, transported two 9 mm-caliber Glock pistols into the State of New York that he had previously purchased in Virginia.

(Title 18, United States Code, Section 922(a)(3).)

_/s/ Preet Bharara_

PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2012

JUDGE PATTERSON

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARK GORDON,

Defendant.

### INFORMATION

12 Cr.

(18 U.S.C. §§ 922(a)(3).)

PREET BHARARA
United States Attorney.

8/22/12 Defendant present w/attorney, Yolleck. AUSA Greenberg present. Defendant appears + is arraigned on the information. Defendant enters plea of guilty, allocution is conducted. Court accepts plea, PSR is ordered, sentence set for 11/28/12 at 4PM. Bail is continued.

— Patterson, J.

(:36)